**INTERSPIRO, INC., Plaintiff–Appellant,**

and

**Scott Technologies, Inc., d/b/a Scott Health & Safety, Plaintiff,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**Mine Safety Appliances Co., Defendant–Appellee.**

No. 2007–5019.

United States Court of Appeals, Federal Circuit.

July 11, 2007.

David R. Hazelton, Lathan & Watkins LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Joshua K. Chandler.

Timothy P. McIlmail, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee, United States. On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Brian M. Simkin, Assistant Director, and Leslie Cayer Ohta, Attorney. Of counsel was John G. Terra, Attorney, Air Force Legal Services Agency, United States Air Force, of Arlington, VA.

Thomas P. Humphrey, Crowell & Moring, LLP, of Washington, DC, argued for defendant-appellee, Mine Safety Appliances Co. With him on the brief were Elizabeth W. Newsom, Amy Laderberg O'Sullivan, and Rebecca K. Lee.

Before RADER, BRYSON and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED.